UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNERLINE ENGINEERING, INC., <br><br> Plaintiff, <br><br> v. <br><br> OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; DAN REDING AND JAMES E. MURRAY, TRUSTEES, et al., <br><br> Defendants. | Case No. 22-cv-03663-DMR <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On June 22, 2022, Plaintiff filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to the Hon. Yvonne Gonzalez Rogers to determine whether it is related to *Operating Engineers Health & Welfare Trust Fund for Northern California v. Caribou Energy Corp.*, 18-cv-2086-YGR.

**IT IS SO ORDERED.**

Dated: July 1, 2022

Donna M. Ryu
United States Magistrate Judge